United States District Court
Western District New York

---

James Beaver 17120-055
—V—
United States of America

08-CR-0251-A
13-CV-0818-A

*FILED JAN 14 2014 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

---

I am requesting a summary judgement on my pending 2255 motion.

My release date is currently August 9th, 2014. Purposly waiting untill I am released so I can be denied as moot is a denial of my right to the 2255 process. My original motion was filed in September of 2011 and I have been at issue for 23 months now.

I am asking the court to give immediate attention to this motion and reach a decision as soon as possible.

James Beaver
James Beaver